IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00055-RJC-DCK

| USA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| RICHARD ST. GERMAN (10), | ) |  |
| CHUNG MY HUONG NGUYEN (16), | ) |  |
| YAU-YAN YIP (18), | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 382), the Indictment, (Doc. No. 3), without prejudice as to the defendants named above, who have never appeared in court.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 382), is **GRANTED** and the Indictment, (Doc. No.31), is **DISMISSED** without prejudice as to Richard St. German, Chung My Huong Nguyen, and Yau-Yan Yip.

Signed: October 30, 2019

Robert J. Conrad, Jr.
United States District Judge